Robert J. Walker (7-4715)
Matthew A. Walker (7-5737)
John M. Walker (5-2224)
WALKER LAW, LLP
114 E. 7th Ave, Suite 200
P.O. Box 22409
Cheyenne, WY, 82003
(307) 529-2255
Robert@wyocounsel.com
Matthew@wyocounsel.com
John@wyocounsel.com

*Counsel for the Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AFG Companies, Inc., )<br><br>   *Plaintiff*, )<br><br>v. )<br><br>GENUINE LIFETIME LLC, a Wyoming )<br>Limited Liability Company; BRAND )<br>ENGAGEMENT NETWORK INC., a Wyoming )<br>for Profit Corporation, d/b/a/ BEN AI, d/b/a BEN, )<br>f/k/a BLOCKCHAIN EXCHANGE NETWORK )<br>INC.; OCTOBER 3RD HOLDINGS LLC, a )<br>Wyoming Limited Liability Company; MICHAEL )<br>LUCAS, individually; TYLER LUCK, Individually,)<br>DUE FIGLIE, LLC, a Wyoming Limited Liability )<br>Company, SHAWN LUCAS, individually, )<br><br>   *Defendants*. ) | Case No. 25-CV-00104 |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, AFG Companies, Inc. (the "Plaintiff"), by and through its Counsel, WALKER LAW, and hereby files its Corporate Disclosure Statement.

Plaintiff states that AFG Companies, Inc., is a Texas Corporation and is registered as a foreign profit corporation registered to transact business in Wyoming. Defendant further states that 100% of its shares are owned by Ralph Wright Brewer III, a resident of Texas.

1

DATED 14th day of July, 2025.

          /s/ Robert J. Walker

Robert J. Walker (7-4715)
Matthew A. Walker (7-5737)
Walker Law, LLP
P.O. Box 22409
Cheyenne, WY   82003
(307) 529-2255 telephone
ATTORNEYS FOR PLAINTIFF

2